RUTAN & TUCKER, LLP
Michael Adams (State Bar No. 185835)
madams@rutan.com
Brian Berggren (State Bar No. 279279)
bberggren@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiff
E4HATS.COM INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| e4Hats.com Inc., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>Kangaroo Manufacturing, Inc., a Florida corporation,<br><br>          Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) DECLARATORY RELIEF FOR NON-INFRINGEMENT OF COPYRIGHT**<br><br>**(2) CANCELLATION OF COPYRIGHT DUE TO FRAUD ON THE COPYRIGHT OFFICE**<br><br>**(3) VIOLATION OF BUSINESS & PROFESSIONS CODE SECTION 17200**<br><br>**(4) COMMON LAW UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff e4Hats.com Inc. ("e4Hats") alleges as follows for its Complaint against Defendant Kangaroo Manufacturing, Inc. ("Defendant" or "Kangaroo"):

## NATURE OF ACTION

1. This action arises out of Defendant's improper and illegal request to takedown e4Hats's Amazon.com ("Amazon") listing for the Adult Yacht Cap on the basis of alleged copyright infringement. In November 2016, Defendant filed a complaint with Amazon claiming that e4Hats's Amazon account contained images of a Cotton Yacht Emblem Hat ("Adult Yacht Cap") that allegedly infringed on Defendant's purported copyright. As a result of the takedown request, Amazon removed e4Hats's Adult Yacht Cap from the Amazon website.

2. The basis for Defendant's takedown request—that e4Hats's was allegedly infringing on Defendant's copyright—is particularly egregious given that it is ***Defendants that are infringing e4Hats's copyright*** on the image for the Adult Yacht Cap (hereinafter, the "Photograph"). Amazon will not relist e4Hats's product for sale until Defendant withdraws its takedown request. Despite e4Hats's written request that Defendant do so, including providing Defendant with irrefutable evidence that e4Hats owns the copyright for the Photograph, Defendant has refused to withdraw its takedown request.

3. e4Hats thus seeks a declaratory judgment that it is not infringing Defendant's copyright, an order cancelling Defendant's copyright registration based on fraud on the Copyright Office, and an injunction ordering Defendant to withdraw its takedown request, compensatory damages, disgorgement of Defendant's profits, and attorneys' fees and costs incurred in this action.

## PARTIES

4. e4Hats is a California Corporation with its principal place of business at 701 S. Harbor Boulevard, Fullerton, California 92832.

5. On information and belief, Defendant is a Florida Corporation with its principal place of business in Arizona.

## JURISDICTION AND VENUE

6. This is an action under 28 U.S.C. §§ 2201 and 2202 for declaratory relief and the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* This Court has original subject matter jurisdiction over e4Hats's claims pursuant to 28 U.S.C. §§ 1331 and 1338(a) & (b), and pendent jurisdiction over the state law claims under 28 U.S.C. § 1367. This Court also has diversity jurisdiction under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.

7. This Court has personal jurisdiction over Defendant. On information and belief, Defendant conducts and/or purposefully directs continuous, systematic, and routine business within the State of California and the County of Orange County, including through online retailers such as Amazon.

8. Venue is proper in this District under 28 U.S.C. §§ 1391(b) because a substantial part of the events giving rise to the claims and the resulting harm occurred in this District.

## FACTUAL ALLEGATIONS

9. e4Hats is a multichannel merchant of a wide variety of hat styles and accessories. Some of its popular products include ball caps, ivy and newsboy hats, seasonal hats, visors, big size hats, and costume hats.

10. Amazon is one of the primary channels through which e4Hats sells its products. e4Hats is an Amazon USA Top 5000 seller trusted by thousands of Amazon customers in the United States.

### e4Hats's Adult Yacht Cap

11. e4Hats took the photo on July 21, 2010 and modified it immediately thereafter. After these works were created the product was listed on e4Hats's website and on Amazon's website for sale. Amazon assigned the Adult Yacht Cap an Amazon Standard Identification Number ("ASIN") for product identification within the Amazon organization—ASIN No. B0042L6D90. As part of the listing, e4Hats included photographs of the Adult Yacht Cap, including the following Photograph:



12. The Photograph was used and displayed on e4Hats's own website as early as August 2010, where e4Hats also offered its Adult Yacht Cap for sale.

13. e4Hats is the owner of the copyright for the Photograph. e4Hats took the Photograph in its studio on July 21, 2010. Below is a copy of the original photograph.

14. The original photograph was subsequently modified by removing the metal pole, which resulted in the Photograph that was used by e4Hats on both its own and Amazon's website for many years.

**Defendant's Copyright Application for "Adult Captain's Yacht Cap, White"**

15. Kangaroo was launched in 2014 by Justin Ligeri. According to its website (www.kangaroomfg.com), Defendant manufactures a wide variety of products for sale across the United States, including hats and wigs, inflatables, toys and novelties, party supplies, products for the home and kitchen, and products for holidays and other occasions such as Easter and Halloween.

16. One of the products that Defendant offers for sale on Amazon is an "Adult Captain's Yacht Cap, White." Unbeknownst to e4Hats and prior to the events alleged herein, Defendant used and continues to use the Photograph in its Amazon listing.

17. On or about March 6, 2016, Defendant filed an application for copyright registration with the United States Copyright Office ("Copyright Office") for the "Kangaroo Adult Captain's Yacht Cap, White." Defendant's application was filed by its attorney, David Schnider, a partner with Nolan Heimann LLP. A copy of the certificate of registration, the application, and the deposit copies are attached hereto as Exhibit A.

18. The application contained several photographs of the "Kangaroo Adult Captain's Yacht Cap, White," including e4Hats's Photograph. However, Defendant represented itself to be the "Author" and the "Copyright Claimant" of all of the photographs, including e4Hats's Photograph. Defendant also represented that it had first published the photographs contained in the application, including e4Hats's Photograph, on September 29, 2014.

**Defendant's Accusations of Copyright Infringement Against e4Hats**

19. In or around November 2016, Defendant—through its attorney, David Schnider—filed a takedown request with Amazon claiming that e4Hats's Adult Yacht Cap (ASIN No. B0042L6D90) infringed Defendant's copyright.

20. On November 19, 2016, Amazon informed e4Hats that it had received a complaint of copyright infringement from the "rights owner" regarding e4Hats's

Adult Yacht Cap (ASIN No. B0042L6D90). The "rights owner" was listed as Defendant's attorney, David Schnider. As a result of Defendant's claim of alleged copyright infringement, Amazon removed e4Hats's Adult Yacht Cap listing from the Amazon website.

21. That same day, e4Hats contacted Defendant's attorney, David Schnider, to obtain more information about the takedown request submitted to Amazon, including the basis for the alleged copyright infringement.

22. On or around November 22, 2016, Defendant's attorney responded to e4Hats's inquiry, claiming that e4Hats had improperly used Defendant's copyrighted image for its Adult Yacht Cap listing (ASIN No. B0042L6D90).

23. e4Hats relied on Defendant's representations and commenced an internal investigation to determine how and why it had apparently used Defendant's copyrighted image on Amazon.

24. As a result of its internal investigation, e4Hats discovered that Defendant's accusations were false. Indeed, e4Hats confirmed that the Photograph had been taken in its own studio as alleged above, years before Defendant even came into existence.

25. e4Hats provided Defendant with prior photographs, listings, and catalogs showing that e4Hats had been using the Photograph —including on its Amazon listing—well before Defendant launched in 2014.

26. On or around November 23, 2016, Defendant reiterated to e4Hats that Defendant owned the copyright to the Photograph. Defendant also attached a copy of Defendant's copyright registration for the "Adjustable Adult Captain's Yacht Cap" as purported proof that it was the copyright owner of the Photograph.

27. Over the next few months, e4Hats provided Amazon with copies of the correspondence between e4Hats and Defendant, as well as the prior photographs, listings, and catalogs showing that e4Hats had been using the Photograph—including on its Amazon listing—well before Defendant's launch in 2014.

28. In or around March 2017, Amazon informed e4Hats that it could not relist the Adult Yacht Cap absent a "retraction from the rights owner" sent to Amazon; *i.e.*, until Defendant withdrew its takedown request.

29. e4Hats sent a demand letter to Defendant on June 23, 2017 with irrefutable evidence that it had gathered in the course of its internal investigation, showing that e4Hats's owned the copyright for the Photograph. Despite being provided with this irrefutable evidence, Defendant continues to maintain that it is the copyright owner of the Photograph and has failed to withdraw its takedown request with Amazon.

## FIRST CAUSE OF ACTION

### (Declaratory Relief for Non-Infringement of Copyright)

30. e4Hats repeats and realleges the allegations contained in the preceding paragraphs of this Complaint and incorporates them by reference, as though fully and completely set forth herein.

31. Defendant has asserted and continues to assert that e4Hats's use of the Photograph for its Adult Yacht Cap on Amazon (ASIN No. B0042L6D90) infringes Defendant's copyright; that Defendant is the rightful owner of the copyright and other intellectual property rights related thereto; and that Defendant alone possesses the exclusive rights to exploit such rights. Further, despite repeated demands by e4Hats, Defendant has failed to withdraw its takedown request to Amazon and retract its false allegation of copyright infringement against e4Hats regarding for the Adult Yacht Cap (ASIN No. B0042L6D90).

32. e4Hats denies that it has infringed Defendant's purported copyright for the Photograph.

33. An actual and justiciable controversy exists between e4Hats and Defendant regarding copyright ownership of the Photograph. This actual and justiciable controversy arises under federal copyright law.

/ /

34. e4Hats seeks a declaratory judgment of non-infringement; specifically, that it does not infringe any copyright of the Photograph.

35. A judicial declaration of non-infringement is necessary and appropriate at this time pursuant to 28 U.S.C. § 2201 so that e4Hats may ascertain its rights and duties with respect to the Photograph, including but not limited to removing the cloud on title concerning the Photograph. It is also necessary to clear e4Hats's name with Amazon and mitigate the continuing damage to its reputation as an Amazon seller resulting from Defendant's unfounded representations to Amazon about e4Hats's alleged copyright infringement.

## SECOND CAUSE OF ACTION

**(Cancellation of Copyright Due to Fraud on the Copyright Office)**

36. e4Hats repeats and realleges the allegations contained in the preceding paragraphs of this Complaint and incorporates them by reference, as though fully and completely set forth herein.

37. In or around March 2016, Defendant caused to be filed a copyright application claiming authorship of certain photographs of the "Kangaroo Adult Captain's Yacht Cap, White," including e4Hats's Photograph. Defendant's application contained numerous misrepresentations, including that all of the photographs in the application had been created as a "work made for hire" in favor of Defendant; that Defendant was the author and owner of the photographs in the application; and that the date of the first publication was September 29, 2014. These statements were false and misleading when made because Defendant is not the author of at least one of the photographs—namely, the Photograph—in the application and e4Hats never executed a "work made for hire" agreement in favor of Defendant for the Photograph. Nor did e4Hats give Defendant permission to apply for a copyright registration on e4Hats's Photograph, or otherwise transfer any rights in the Photograph from e4Hats to Defendant.

//

38. On information and belief, the factual misstatements and inaccuracies contained in Defendant's application were made by Defendant willfully and deliberately, and Defendant was fully aware that these factual statements were false and inaccurate at the time that they were made to the Copyright Office.

39. On information and belief, the Copyright Office relied on the false statements and misrepresentations contained in Defendant's application when issuing Registration No. VA2-006-349 (Exhibit A) to Defendant for "Kangaroo Adult Captain's Yacht Cap, White."

40. Because e4Hats is the sole and exclusive owner of the copyright for the Photograph included amongst the photographs in the application filed by Defendant, and Defendant has filed a complaint of copyright infringement with Amazon on the basis of this fraudulent application, e4Hats has been substantially damaged and prejudiced by the false statements and misrepresentations contained in Defendant's application to the Copyright Office.

41. On information and belief, because the Copyright Office has issued a copyright registration based on Defendant's fraudulent misrepresentations contained in its copyright application, Amazon has been actively misled into believing that Defendant—and not e4Hats—is the rightful owner of the Photograph, and Amazon has removed e4Hats's Adult Yacht Cap listing (ASIN No. B0042L6D90) due to alleged copyright infringement, when in fact, Defendant owns no rights in or to the copyright in the Photograph.

42. e4Hats detrimentally relied on Defendant's false claim to ownership of the copyright for the Photograph based on Defendant's fraudulently submitted application, and expended substantial resources to investigate Defendant's claim that it is the rightful owner of the copyright to the Photograph.

43. As a direct and proximate result of Defendant's fraud on the Copyright Office, e4Hats is entitled to an order cancelling Registration No. VA2-006-349 (Exhibit A) issued to Defendant for "Kangaroo Adult Captain's Yacht Cap, White."

## THIRD CAUSE OF ACTION

**(Violation of Business & Professions Code Section 17200)**

44. e4Hats repeats and realleges the allegations contained in the preceding paragraphs of this Complaint and incorporates them by reference, as though fully and completely set forth herein.

45. The conduct of Defendant as described herein, including without limitation, Defendant's fraudulent representations in an application to the Copyright Office and baseless complaint with Amazon concerning e4Hats's alleged copyright infringement, constitutes unlawful, unfair, and fraudulent business practices in violation of California Business and Professions Code Section 17200.

46. As a direct and proximate result of Defendant's conduct, e4Hats has suffered and will continue to suffer damage. Unless enjoined by this Court, Defendant's unlawful acts have and will continue to cause great and irreparable injury to e4Hats. Moreover, e4Hats has no other adequate remedy at law for such acts and threatened acts, and therefore pursuant to California Business and Professions Code Section 17203, a preliminary and permanent injunction should issue in the form set forth below in the Prayer.

## FOURTH CLAIM FOR RELIEF

**(Common Law Unfair Competition and Trademark Infringement)**

47. e4Hats repeats and realleges the allegations contained in paragraphs 1 through 29 of this Complaint and incorporates them by reference, as though fully and completely set forth herein.

48. Defendant's actions and conduct alleged herein in which Defendant caused Amazon to take down e4Hats's product listing through its factually inaccurate takedown request, and refusal to withdraw that request, constitute unfair competition under California common law.

/ /

/ /

49. Defendant has caused injury to e4Hats, including but not limited to injury to its goodwill and business reputation, as well as lost sales and other compensatory damages.

50. Defendant's actions and conduct as alleged herein are malicious and fraudulent and entitle Plaintiff to punitive damages under Civil Code section 3294.

## **PRAYER FOR RELIEF**

WHEREFORE, e4Hats hereby prays for relief against Defendant as follows:

1. For damages according to proof at trial;

2. For disgorgement of Defendant's profits according to proof at trial;

3. For a declaratory judgment that e4Hats does not infringe any copyright for the Photograph;

4. For an order cancelling Registration No. VA2-006-349 issued to Defendant for "Kangaroo Adult Captain's Yacht Cap, White";

5. For an preliminary and permanent injunction requiring Defendant to withdraw its takedown request with Amazon regarding its complaint of alleged copyright infringement as to e4Hats's Adult Yacht Cap (ASIN No. B0042L6D90);

6. Awarding e4Hats the costs of this suit, including reasonable attorneys' fees pursuant to 17 U.S.C. §505 and expenses with prejudgment interest; and

7. For such other and further relief as the court may deem just and proper.

Dated: August 11, 2017

Respectfully submitted

RUTAN & TUCKER, LLP

By: _____*/s/ Michael Adams*_____
    Michael Adams
    Attorneys for Plaintiff
    e4Hats.com Inc.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, e4Hats demand a jury trial on all claims which are triable to a jury in this action.

Dated: August 11, 2017	RUTAN & TUCKER, LLP

By:	*/s/ Michael Adams*
Michael Adams
Attorneys for Plaintiff
e4Hats.com Inc.