**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| E4HATS.COM INC., <br><br> Plaintiff, <br><br> v. <br><br> KANGAROO MANUFACTURING, INC., <br><br> Defendant. | Case No.: SACV 17-01387-CJC(JCGx) <br><br> **JUDGMENT** |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff e4Hats.com Inc. against Defendant Kangaroo Manufacturing, Inc. The Court hereby **ORDERS** that:

1. Plaintiff's Motion to Enforce Settlement Agreement and Award Attorneys' Fees and Costs is hereby **GRANTED**.

2. Judgment in favor of Plaintiff on the Settlement Agreement shall immediately issue for the amount of $42,250.00. The Judgment shall bear interest at the federal post-judgment interest rate.

3. Judgment in favor of Plaintiff for attorneys' fees and costs incurred in enforcing the Settlement Agreement shall immediately issue for the amount of $6,209.00.

4. Enforcement of this Judgment shall be stayed until July 5, 2019, the final payment date of the Settlement Agreement. In the event Defendant makes additional payments to Plaintiff, those amounts shall off-set the amount owed under Paragraph 2 of this Order.

DATED: February 20, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE